# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS RUFUS NOCK** | : | **CIVIL ACTION** |
| v. | : | |
| **COMMONWEALTH OF PENNSYVLANIA** and **PA STATE BOARD OF PHARMACY** | : | **NO. 18-1531** |

## ORDER

**NOW**, this 18th day of April, 2018, upon consideration of the Motion to Proceed *In Forma Pauperis* (Document No. 1) and the *pro se* Complaint (Document No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**; and

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Complaint is **DISMISSED**.

TIMOTHY J. SAVAGE, J.